**UNITED STATES of America,**
**Appellee,**

v.

**Douglas Marcel MEEKS, Appellant.**

**No. 11–3885.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 23, 2012.

Filed: May 1, 2012.

David E. Mullin, Mullin & Laverty, LC, Cedar Rapids, IA, for appellant.

Douglas Marcel Meeks, Lewisburg, PA, pro se.

Shannon L. Olson, Asst. U.S. Atty., Des Moines, IA, for appellee.

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Douglas Meeks appeals the district court's [1] order denying his request for a post-judgment sentence reduction. Upon careful review, we conclude that the district court did not abuse its discretion in denying Meeks's request, *see United States v. Whiting*, 522 F.3d 845, 852–53 (8th Cir.2008) (standard of review), because Meeks was sentenced before the enactment of the Fair Sentencing Act of 2010 and he received a statutory mandatory minimum sentence, *see United States v. Sidney*, 648 F.3d 904, 908 (8th Cir.2011)

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

(statutory mandatory minimums have always trumped Guidelines, even where amended Guidelines would have otherwise called for shorter sentence); *United States v. Orr*, 636 F.3d 944, 957–58 (8th Cir.2011) (Fair Sentencing Act did not apply retroactively to defendant who was sentenced before enactment of FSA to mandatory minimum sentence of life under 21 U.S.C. § 841(b)(1)(A)).

Accordingly, we affirm. In addition, we deny Meeks's motion to hold this appeal in abeyance.